UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN KIBLER, et al,<br><br>　　　　　Defendants. | No.  2:21-cv-0719 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff filed a motion for extension of time to file a reply to defendants' opposition to the motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 52) is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order to file a reply to defendants' opposition to the motion to compel.

Dated:  April 8, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

peyt0719.36