UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN KIBLER, et al.,<br><br>Defendants. | No. 2:21-cv-0719 DAD KJN P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' December 15, 2022 motion for summary judgment. Plaintiff objects to the filing of the motion for summary judgment as premature because plaintiff's motion for reconsideration concerning discovery remains pending. In addition, once plaintiff was moved to administrative segregation for "non-disciplinary purposes," all of his personal property, including legal materials, was taken from him, and he has since been repeatedly denied access to his legal materials.

Plaintiff's motion for reconsideration is pending before the district court, and plaintiff is correct that he is unable to oppose the motion for summary judgment until he has access to his legal materials. Therefore, plaintiff's request for extension of time is granted. However, rather than set a deadline for the filing of his opposition at this time, the undersigned stays consideration of defendants' dispositive motion and briefing thereon until resolution of plaintiff's objections to the undersigned's order concerning discovery, and plaintiff has been provided access to his legal

materials.  Once the district court addresses such objections, plaintiff shall file, within fourteen days thereafter, a statement concerning his access to his legal materials.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 72) is granted.

2. Consideration of defendants' motion for summary judgment (ECF No. 71), and briefing thereon, is stayed pending resolution of plaintiff's objections regarding discovery disputes (ECF No. 68) and confirmation that plaintiff has access to his legal materials.

3. Within fourteen days from the date the district court rules on plaintiff's objections (ECF No. 68), plaintiff shall inform the court of the status of plaintiff's access to his legal materials.

Dated:  January 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/peyt0719.36(2)