UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIAN KIBLER, et al.,<br><br>          Defendants. | No. 2:21-cv-0719 DAD KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. As set forth below, the undersigned sets a briefing schedule on defendants' pending motion for summary judgment (ECF No. 71).

Background

On January 6, 2023, the undersigned stayed defendants' December 15, 2022 motion for summary judgment and briefing thereon pending resolution of plaintiff's request for reconsideration concerning discovery (ECF No. 68), and confirmation that plaintiff had access to his legal materials. (ECF No. 73.) Plaintiff was directed to inform the court of the status of his access to his legal materials within fourteen days from the date the district court ruled on plaintiff's request for reconsideration. (ECF No. 73.) At that time, plaintiff was housed at RJ Donovan in administrative segregation without his legal materials.

On August 23, 2023, the district court denied plaintiff's motion for reconsideration. Fourteen days have passed, and plaintiff did not file an update as to his access to his legal

materials. However, on March 15, 2023, plaintiff filed a notice of change of address, stating that as of January 31, 2023, plaintiff was transferred to Mule Creek State Prison. (ECF No. 75.)

Further Briefing

Plaintiff is no longer housed in administrative segregation at RJ Donovan and has been housed at Mule Creek State Prison since January of 2023. Therefore, plaintiff is ordered to file his opposition to defendants' motion for summary judgment within twenty-one days from the date of this order. Defendants' reply may be filed fourteen days thereafter.

Plaintiff is reminded of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988); Local Rule 230(l). See also Rand notice. (ECF No. 71-3.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment (ECF No. 71) (the court is disinclined to grant further extensions and delays);

2. Defendants may file a reply fourteen days thereafter; and

3. Plaintiff is cautioned that failure to oppose defendants' motion may be deemed a waiver of opposition to the motion and may result in this action being dismissed.

Dated: September 7, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/peyt0719.fb