UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>            Plaintiff,<br><br>    v.<br><br>BRIAN KIBLER, et al.,<br><br>            Defendants. | No. 2:21-cv-0719 DJC KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On October 2, 2023, plaintiff filed a belated request for extension of time until October 7, 2023, to oppose the pending motion for summary judgment. Given the difficulties plaintiff is experiencing with his grasp, due to an injury to his thumb, the undersigned finds good cause to grant plaintiff an extension of time, <u>nunc pro tunc</u>, to complete and file his opposition to the pending motion. Given his injury, plaintiff is granted twenty-one days to file the opposition, and the findings and recommendations are vacated. In the future, plaintiff is encouraged to seek an extension of time before the deadline expires.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 80) is granted;

2. Plaintiff is granted twenty-one days from the date of this order in which to file an opposition to defendants' motion for summary judgment (ECF No. 71); and

1

3. The October 5, 2023 findings and recommendations (ECF No. 81) are vacated.

Dated: October 10, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/peyt0719.36(3)

2