UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN KIBLER, et al.,<br><br>        Defendants. | No. 2:21-cv-0719 DJC KJN P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 27, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants and Plaintiff filed objections to the findings and recommendations. On February 1, 2024, Defendants filed a response to Plaintiff's objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

1 | supported by the record and by proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1.  The findings and recommendations filed December 27, 2023, are adopted in full;

5 |     2.  Defendants' motion for summary judgment (ECF No. 71) is granted; and

6 |     3.  The Clerk of the Court shall enter judgment and close this case.

    IT IS SO ORDERED.

Dated: **March 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/peyt0719.805